**WO**

# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Nancy DiGirolamo, | ) No. CV-11-8055-PHX-SMM |
| Plaintiff, | ) |
| | ) |
| vs. | ) **ORDER** |
| | ) |
| Aetna Health Ins. Co., Administrator of the Fidelity Nat'l Financial, Inc. Long Term Disability Plan, | ) |
| | ) |
| Defendant. | ) |
| | ) |

Pending before the Court is the parties' Stipulation for Dismissal With Prejudice. (Doc. 33.)

Accordingly,

**IT IS HEREBY ORDERED DISMISSING WITH PREJUDICE** any and all claims with all parties to bear their respective costs and attorney's fees.

**IT IS FURTHER ORDERED VACATING** the status hearing set for **Monday, July 16, 2012 at 3:00 p.m.**

DATED this 11th day of July, 2012.

Stephen M. McNamee
Senior United States District Judge